SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@dapiinc.com

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson | Case No. **2:12-cv-01421-MCE-CKD** |
| Plaintiff | **ORDER RE: STIPULATION FOR DISMISSAL** |
| vs. | |
| Nicky Khana, et al, | |
| Defendants | |

The above-entitled action is dismissed with prejudice pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A) and the parties' stipulation (ECF No.10).

IT IS SO ORDERED.

Dated: September 20, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT