SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@dapiinc.com

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson<br><br>      Plaintiff<br><br>  vs.<br><br>Nicky Khana, et al,<br><br>      Defendants | Case No. **2:12-cv-01421-MCE-CKD**<br><br>**ORDER RE: STIPULATION FOR DISMISSAL** |

The above-entitled action is dismissed with prejudice pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A) and the parties' stipulation (ECF No.10).

IT IS SO ORDERED.

Dated: September 20, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT